**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Jean C. Osborne

    Debtor(s)       Case No:  98 - 10321

                     Chapter:  13

**NOTICE**

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. That § 524(d) is amended to make the discharge hearing non-mandatory except when the debtor(s) desire(s) to reaffirm a debt pursuant to § 524(c).

3. That any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors must be filed in writing with the Clerk of the U.S. Bankruptcy Court,
900 Market Street, Suite 400, Philadelphia, PA  19107,
within 20 days from the date of this notice.

4. That in the absence of any objection, the Court may enter the Order of Discharge.

Dated: 05/01/03

                                       FOR THE COURT

                                       Joseph Simmons
                                       Clerk

Form 138

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

Case: 98-10321-sr   Doc 78   Filed 05/03/03   Entered 05/04/03 02:15:43   Desc Imaged
                              Certificate of Service   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: May 01, 2003
Case: 98-10321                Form ID: 138              Total Served: 36

The following entities were served by first class mail on May 03, 2003.
 db           Osborne, Jean C.,    194 E. Walnut Park Drive,    Philadelphia, PA 19120
 aty         +CLAEYS, DOROTHY M.,    One Penn Center,    19th Floor,    1617 J. F. K. Blvd.,
               Philadelphia, PA 19103-1833
 tr           REIGLE, FREDERICK L.,    2901 St. Lawrence Ave.,    P.O. Box 4010,    Reading, PA 19606
 smg         +City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,
               1515 Arch Street 15th Floor,    Philadelphia, PA 19102-1504
 smg          Commonwealth of PA,    Bureau of Accounts Settlements,    P.O. Box 8901,    Attention: Bankruptcy Unit,
               Harrisburg, PA 17105
 smg         +Internal Revenue Service,    Special Procedures Staff,    P.O. Box 12051,
               Philadelphia, PA 19105-2051
 smg          Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,    P.O. Box 280946,
               Harrisburg, PA 17128
 smg          Trans Union Credit Information,    760 Sproul Road,    Springfield, PA 19064-4001
 smg          U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,
               Philadelphia, PA 19106
2879159       BARRY ROTHMAN ESQ,    SC 90 12 7 00466,    SUITE 560,    399 MARKET STREET,    PHILADELPHIA PA 19106
2879160       BENJAMIN ZIMMERSON SONS,    SC 90 12 7 00466,    4650 52 N 5TH STREET,    PHILADELPHIA PA 19140
2978959       Benjamin Zimmerman & Sons,    Barry M. Rothman, Esq.,    8919 Ridge Ave., Ste. A,    Phila., PA 19128
2892904       Benjamin Zimmerson & Sons,    4650-52 North 5th Street,    Philadelphia, PA 19140
2879162       CHASE MANHATTAN MORTGAGE,    2172001185,    200 OLD WILSON BRIDGE RD.,    WORTHINGTON OH 43085
2879163       CITY OF PHILA WATER SEWER,    004 81220 00194 001,    DEPT OF REVENUE,    1101 MARKET ST 10TH FL,
               PHILADELPHIA PA 19107
2879164       COMMUNITY READING CLUB,    670077,    2036 SANSOM STREET,    PHILADELPHIA PA 19103
2959606       Chase Manhattan Mortgage Corporation,    Geri Smith,    200 Old WIlson Bridge Rd,
               Worthington OH 43085
3043738      +City of Philadelphia,    Law Department - Tax Unit,    1101 Market Street - 10th Floor,
               Philadelphia, PA 19107-2911
3064495       Dept. of the Treasury,    IRS,    P.O. Box 12051,    Philadelphia PA 19105-2051
2879165       EASY LIVING INC,    ACCOUNT NUMBER N A,    1545 RTE 73 SOUTH,    PENNSAUKEN NJ 08110
3467727       Edward Leonard, Esq.,    216 W. Washington Square,    Philadelphia, PA  19106
3326807       Federal National Mortgage Association,    Glen D. Rubin,    56 Perimeter Center East, NE,
               Atlanta, GA  30346
2879166       MID PENN COMPANIES,    124900,    21 SOUTH 12TH STREET,    PHILADELPHIA PA 19107
2878342       Michael A. Cataldo, Esq.,    Cibik & Cataldo,    230 S. Broad Street, 8th Fl,    Philadelphia, PA 19102
2888919       Mid-Penn Consumer Discoutn Company,    Stephen Girard Building,    21 South 12th Street,
               Philadelphia, PA 19107
2879167       PA HOUSING FINANCE AGENCY,    190 34 7544,    2101 N FRONT STREET,    P O BOX 15530,
               HARRISBURG PA 17105
2879168       PECO ENERGY COMPANY,    26 11 37 335228,    P O BOX 8699,    BANKRUPTCY DEPT S4 1,
               PHILADELPHIA PA 19101
2936100       PECO Energy Co.,    2301 Market St.,    Phila., PA 19103,    Attn: Michael P. Murphy
2879169       PHILA GAS WORKS,    029 10 6774 104,    800 W MONTGOMERY AVE,    PHILA PA 19122
3467728       Philadelphia Federal Credit Union,    1206 Chestnut Street,    Philadelphia, PA  19107
3658748      +Philadelphia Gas Works,    800 W Montgomery AVe,    Phila PA 19122-2898
2879170       STRAWBRIDGE S,    383 436 923,    P O BOX 94582,    CLEVELAND OH 44101-4582
2942723       Strawbridge's,    May Credit Srv. Ctr.,    111 Boulder Ind. Dr.,    Bridgeton, MO 63044
2879171       TOYOTA MOTOR CREDIT CORPORATION,    27 11 740,    1515 W 190TH STREET,    P O BOX 2958,
               TORRANCE CA 90509-2958
2922544      +Toyota Motor Credit Corporation,    19001 S Western Ave FN -21,    Torrance CA 90501-1196

The following entities were served by electronic transmission on May 02, 2003 and receipt of the transmission
was confirmed on:
 aty          E-mail: moc@ccpclaw.com May 02 2003 06:20:30      CIBIK, MICHAEL ANDREW,    Cibik & Cataldo,
               225 S. 15th Street,    Suite 1635,    Philadelphia, PA 19102
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2879161*      BENJAMIN ZIMMERSON SONS,    SC 90 12 7 00466,    4650 52 N 5TH STREET,    PHILADELPHIA PA 19140
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

Date: May 03, 2003                   Signature:   *Joseph Speetjens*